AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Ohio

| | |
|---|---|
| THE COUNTY COBB <br> *Plaintiff(s)* <br> v. <br> Purdue Pharma, et al. <br> *Defendant(s)* | Civil Action No. 1:18-op-45817-DAP |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

SEE ATTACHED RIDER FOR DEFENDANTS AND THE SERVICE ADDRESSES

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Sandy Opacich
*CLERK OF COURT*

Date: 5/21/19

/s/Robert Pitts
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-op-45817-DAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

# RIDER TO SUMMONS WITH COMPLETE LIST OF DEFENDANTS AND DEFENDANTS SERVICE ADDRESSES

| | |
|---|---|
| THE COUNTY OF COBB,<br><br>*Plaintiff,*<br><br>v.<br><br>PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; INSYS THERAPEUTICS, INC.; MCKESSON CORPORATION; CARDINAL HEALTH, INC.; AMERISOURCEBERGEN DRUG CORPORATION; MYLAN PHARMACEUTICALS, INC.; PAR PHARMACEUTICAL; SANDOZ, INC.; SPECGX LLC; WEST-WARD PHARMACEUTICALS CORP.; ECKERD CORP.; PUBLIX; AND SMITH DRUG,<br><br>*Defendants.* | Case No. 1:18-op-45817-DAP<br><br>**RIDER TO SUMMONS** |

1

**Eckerd Corp.**
    Registered Agent:    The Corporation Trust Company
                                     Corporation Trust Center 1209 Orange Street
                                     Wilmington, DE  19801

**Mylan Pharmaceuticals, Inc.**
    Registered Agent:    CT Corporation Service
                                     1627 Quarrier Street
                                     Charleston, WV 25311

**Sandoz Inc.**
    Registered Agent:    Corporation Service Company
                                     1900 W. Littleton Boulevard
                                     Littleton, CO  80120

**SpecGX LLC**
    Registered Agent:    CT Corporation System
                                     120 South Central Avenue
                                     St. Louis, MO 63105

**Publix Food Stores, Inc.**
    Registered Agent:    TURNER, JOHN
                                     1936 NEW TAMPA HIGHWAY
                                     LAKELAND, FL 33802

**Smith Drug Company**
    Registered Agent:    CT Corporation System
                                     2 Office Park Court, Suite 103
                                   Columbia, SC  29223